UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
FREDDIE PIERRELOUIS, a minor under 14 years of age
by his Father and Natural Guardian, EDDY PIERRELOUIS,
and EDDY PIERRELOUIS, Individually,

                           Plaintiffs,

                - against -

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and
Unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICAL CENTER, and GOOD SAMARITAN
HOSPITAL MEDICAL CENTER,

                           Defendants.
----------------------------------------------------------------------X

**08 CV 0123**
**(Judge Robinson)**

**RULE 7.1 STATEMENT
OF DEFENDANT GOOD
SAMARITAN HOSPITAL**

**TRIAL BY JURY
DEMANDED**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned attorneys of record for Defendant GOOD SAMARITAN HOSPITAL s/h/a "GOOD

SAMARITAN HOSPITAL MEDICAL CENTER," certify that GOOD SAMARITAN

HOSPITAL is not a publicly held corporation and that the following corporations are corporate

parents, subsidiaries, or affiliates of GOOD SAMARITAN HOSPITAL:

- Bon Secours Health System, Inc.

- Bon Secours Charity Health System, Inc.

502530.1

Dated: White Plains, New York
       February 4, 2008

Respectfully submitted,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: _____
    BRIAN M . HEALY (BMH/2369)
    Attorneys for Defendant
    GOOD SAMARITAN HOSPITAL, s/h/a
    "GOOD SAMARITAN HOSPITAL
    MEDICAL CENTER"
    Office & P.O. Address
    81 Main Street, Suite 112
    White Plains, New York 10601
    (914) 559-3100

TO:    Marc J. Bern, Esq.
       NAPOLI BERN RIPKA, LLP
       Attorneys for Plaintiffs
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

502530.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER    )

**VIVIAN PÉREZ**, being sworn, says:

I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **February 4, 2008**, I served a true copy of the annexed **RULE 7.1 STATEMENT OF DEFENDANT GOOD SAMARITAN HOSPITAL** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

TO:

Marc J. Bern, Esq.
NAPOLI BERN RIPKA, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York 10006

*V. Pérez*
**VIVIAN PÉREZ**

Sworn to before me this
__ day of February, 2008

NOTARY PUBLIC

BRIAN M. HEALY
Notary Public, State of New York
No. 01HE4947101
Qualified in Westchester County
Commission Expires February 13, 20__

502530.1