```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
```
FREDDIE PIERRELOUIS, a minor under 14 years of age
by his Father and Natural Guardian, EDDY PIERRELOUIS,
and EDDY PIERRELOUIS, Individually,

                                 Plaintiff(s),

       - against -

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and
Unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICAL CENTER, and GOOD SAMARITAN
HOSPITAL MEDICAL CENTER,

                                 Defendant(s).
```
------------------------------------------------------------------------X
```

08 CV 0123
(Judge Robinson)

**NOTICE OF DEPOSITION**

**TRIAL BY JURY**
**DEMANDED**

**PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition upon oral questions of the plaintiff, will be taken on the 3rd day of March, 2008 at 10:00 a.m. in the forenoon of that day, before a Notary Public of the State of New York at the office of HEIDELL, PITTONI, MURPHY & BACH, LLP, 81 Main Street, Suite 112, White Plains, New York. That said party is to be examined on all evidence material and necessary in the defense of this action.

Dated: White Plains, New York
       February 4, 2008

                                            Respectfully submitted,

                                            HEIDELL, PITTONI, MURPHY & BACH, LLP

                                            By: _____
                                                BRIAN M. HEALY (BH 2369)
                                                Attorneys for Defendant
                                                GOOD SAMARITAN HOSPITAL, s/h/a
                                                "GOOD SAMARITAN HOSPITAL
                                                MEDICAL CENTER"
                                                Office & P.O. Address
                                                81 Main Street, Suite 112
                                                White Plains, New York 10601
                                                (914) 559-3100

502509.1

TO:    Marc J. Bern, Esq.
        NAPOLI BERN RIPKA, LLP
        Attorneys for Plaintiffs
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

502509.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

**VIVIAN PÉREZ**, being sworn, says:

I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **February 4, 2008**, I served a true copy of the annexed **NOTICE OF DEPOSITION** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

TO:

Marc J. Bern, Esq.
NAPOLI BERN RIPKA, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York 10006

_V. Pérez_
**VIVIAN PÉREZ**

Sworn to before me this
4 day of February, 2008

_[signature]_
NOTARY PUBLIC

BRIAN M. HEALY
Notary Public, State of New York
No. 01HE4947101
Qualified in Westchester County
Commission Expires February 13, 20_11_

502509.1