Richard C. Baker
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREDDIE PIERRELOUIS, a minor under 14 years
of age by his Father and of Natural Guardian,
EDDY PIERRELOUIS and EDDY PIERRELOUIS,
Individually,

                              Plaintiffs,

      -against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and
unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICALCENTER and GOOD SAMARITAN
HOSPITAL MEDICAL
CENTER,
                              Defendants.
------------------------------------------------------------------X

ECF CASE

Docket No.: 08-CV-0123

**RULE 7.1 STATEMENT**

      Defendants, ESTHER BEKRITSKY, M.D., GAVIN JOFFE, M.D., ERIC SILVA, M.D., and FE MURPHY, M.D., by its attorneys MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C., certifies that they have no parents, subsidiaries, or affiliates which are publicly held.

Dated:      White Plains, New York
              February 6, 2008

                                  MEISELMAN, DENLEA, PACKMAN,
                                  CARTON & EBERZ P.C.

                     By: _____
                                  Richard C. Baker (RB-0143)
                                  1311 Mamaroneck Avenue
                                  White Plains, New York 10605
                                  (914) 517-5000
                                  Attorneys for Defendants, ESTHER
                                  BEKRITSKY, M.D., GAVIN JOFFE, M.D
                                  ERIC SILVA, M.D., and FE MURPHY, M.D.

00203572.WPD