**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I electronically filed the foregoing ANSWER, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on the case as indicated below, and that I also served the ANSWER, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

    Marc L. Bern, Esq.
    NAPOLI, BERN, RIPKA, LLP
    Attorneys for Plaintiffs
    115 Broadway, 12th Floor
    New York, New York 10006

    Brian Michael Healy, Esq.
    HEIDELL, PITTONI, MURPHY & BACH, LLP
    Attorneys for Defendant
    GOOD SAMARITAN HOSPITAL
    99 Park Avenue
    New York, New York 10016

Dated:    White Plains, New York
           February 6, 2008

                        Richard C. Baker (RB-0143)
                        MEISELMAN, DENLEA, PACKMAN,
                        CARTON & EBERZ P.C.
                        Attorneys for Defendants
                        ESTHER BEKRITSKY, M.D.,
                        GAVIN JOFFE, M.D., ERIC SILVA, M.D.,
                        and FE MURPHY, M.D.
                        1311 Mamaroneck Avenue
                        White Plains, New York 10605
                        Telephone: (914) 517-5000
                        Fax: (914) 517-5000
                        E-mail: rbaker@mdpcelaw.com

00203496.WPD