UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FREDDIE PIERRELOUIS, a minor under 14 years
of age by his Father and of Natural Guardian,
EDDY PIERRELOUIS and EDDY PIERRELOUIS,
Individually,

                         Plaintiffs,

      -against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and
unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICALCENTER and GOOD SAMARITAN
HOSPITAL MEDICAL
CENTER,

                      Defendants.
-----------------------------------------------------------------------X

Docket No.:08-CV-0123

**NOTICE TO TAKE
DEPOSITION UPON
ORAL EXAMINATION**

S I R S:

**PLEASE TAKE NOTICE**, that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination of the plaintiff EDDY PIERRELOUIS, whose address is c/o of his attorneys, as an adverse party will be taken before a notary public, who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C., 1311 Mamaroneck Avenue, White Plains, New York, on the 12th day of May, 2008 at 10 o'clock in the forenoon of that day with respect to evidence material and necessary in the prosecution of this action:

That said person to be examined is required to produce at such examination: any and all original documents, records and memoranda in your possession relative to the above-entitled matter.

Dated:  White Plains, New York
        February 6, 2008

Yours, etc.,

*/s/ Richard C. Baker*

Richard C. Baker (RB-0143)
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Attorneys for Defendants
ESTHER BEKRITSKY, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D.,
and FE MURPHY, M.D.
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

TO:  Marc L. Bern, Esq.
     NAPOLI, BERN, RIPKA, LLP
     Attorneys for Plaintiffs
     115 Broadway, 12th Floor
     New York, New York 10006
     (212) 267-3700

     Brian Michael Healy, Esq.
     HEIDELL, PITTONI, MURPHY & BACH, LLP
     Attorneys for Defendant
     GOOD SAMARITAN HOSPITAL
     99 Park Avenue
     New York, New York 10016
     (212) 286-8585

00203505.WPD