## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on the case as indicated below, and that I also served the NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

Marc L. Bern, Esq.
NAPOLI, BERN, RIPKA, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York 10006

Brian Michael Healy, Esq.
HEIDELL, PITTONI, MURPHY & BACH, LLP
Attorneys for Defendant
GOOD SAMARITAN HOSPITAL
99 Park Avenue
New York, New York 10016

Dated:    White Plains, New York
          February 6, 2008

_____
Richard C. Baker (RB-0143)
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Attorneys for Defendants
ESTHER BEKRITSKY, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D.,
and FE MURPHY, M.D.
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 517-5000
Fax: (914) 517-5000
E-mail: rbaker@mdpcelaw.com