# NAPOLI BERN RIPKA LLP
### Attorneys-At-Law

Paul J. Napoli
*Senior Partner*
pnapoli@nbrlawfirm.com

February 14, 2008

*Via Facsimile 914-390-4179*

The Honorable Stephen C. Robinson
United States District Court SDNY
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: *Freddie Pierrelouis, et al vs. Bekritsky, M.D., et al*
    Docket No.: 08-CV-0123(SCR)

Dear Judge Robinson:

This office represents the plaintiffs, Freddie Pierrelouis, a minor under the 14 years of age by his father and natural guardian, Eddy Pierrelouis and Eddy Pierrelouis, Individually, in the above-referenced matter pending before this Court. We are in receipt of the Notice Of Requirement To Submit A Scheduling Order dated January 10, 2008, which directs our office to submit said scheduling order by February 15, 2008. By this letter, we respectfully request a thirty (30) day extension in plaintiffs' time to submit that scheduling order because the Answers for defendants Monsey Medical Center, Gerson Gluck, M.D. and "John" Silverberg, M.D. remain outstanding.

Our office has obtained consent for this extension from defendants' counsel Heidell Pittoni Murphy & Bach, LLP and Meiselman, Denlea, Packman, Carton & Eberz, P.C., who are the attorneys for the answering defendants in this matter.

Thank you in advance for your kind assistance with this matter. If Your Honor has any question or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

Paul J. Napoli

**APPLICATION GRANTED**

*Stephen C Robinson* 2/15/08

HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NAPOLI BERN RIPKA LLP
115 Broadway, 12th Floor, New York, NY 10006
Tel: 212.267.3700  |  Fax: 212.587.0031  |  www.nbrlawfirm.com