UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
FREDDIE PIERRELOUIS, a minor under 14
years of age by his father and natural guardian
EDDY PIERRELOUIS,              Civil Action No. 08-cv-0123 (SCR)
and EDDY PIERRELOUIS, Individually,

          Plaintiffs,              NOTICE OF APPEARANCE

    v.

ESTHER BEKRISKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D.,
"JOHN" SILVERBERG, M.D. (first name being fictitious
And unknown), FE MURPHY, M.D.,
MONSEY FAMILY MEDICAL CENTER, and
GOOD SAMARITAN HOSPITAL MEDICAL CENTER,

          Defendants.
-----------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Alexander Sikoscow of the law firm Gerspach Sikoscow LLP as counsel in this case for GERSON GLUCK, M.D.

    I certify that I am admitted to practice in this Court.


Dated: February 26, 2008                    _____/s/_____
                                                                   Alexander Sikoscow
                                                                   59 Maiden Lane, 39th Floor
                                                                   New York, New York 10038
                                                                   Phone: 212.545.4094
                                                                   Fax: 212.545.4095