UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

FREDDIE PIERRELOUIS, a minor under 14 years
of age by his Father and of Natural Guardian,
EDDY PIERRELOUIS and EDDY PIERRELOUIS,
Individually,

                Plaintiffs,

-against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and
unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICAL CENTER and GOOD SAMARITAN
HOSPITAL MEDICAL CENTER,

                Defendants.

-----------------------------------------------------------------------X

Docket No.: 08-CV-0123

**NOTICE OF**
**APPEARANCE**

S I R S:

     **PLEASE TAKE NOTICE**, that Richard C. Baker of MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C., hereby appears on behalf of defendant, COMMUNITY MEDICAL AND DENTAL CARE, INC., s/h/a MONSEY FAMILY MEDICAL CENTER, on behalf of themselves and all others similarly situated, in the above-entitled case, and pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Richard C. Baker, MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C., 1311 Mamaroneck Avenue, White Plains, New York 10605.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated:    White Plains, New York
March 10, 2008

*[signature]*

Richard C. Baker (RB0143)
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Attorneys for Defendant
COMMUNITY MEDICAL AND DENTAL CARE, INC.,
s/h/a MONSEY FAMILY MEDICAL CENTER
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 517-5000
Fax: (914) 517-5000
E-mail: rbaker@mdpcelaw.com

00204766.WPD