Richard C. Baker
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDDIE PIERRELOUIS, a minor under 14 years
of age by his Father and of Natural Guardian,
EDDY PIERRELOUIS and EDDY PIERRELOUIS,
Individually,

                Plaintiffs,

    -against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and
unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICAL CENTER and GOOD SAMARITAN
HOSPITAL MEDICAL CENTER,

                Defendants.

-----------------------------------------------------------------X

ECF CASE

Docket No.: 08-CV-0123

**RULE 7.1 STATEMENT**

      Defendant, COMMUNITY MEDICAL AND DENTAL CARE, INC., s/h/a MONSEY FAMILY MEDICAL CENTER, by its attorneys MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C., certifies that it is not a publically held corporation, has no parents, subsidiaries, or affiliates which are publicly held, and presently does business as:

      •    Monsey Medical and Dental Center; and

- Ben Gilman Spring Valley Medical and Dental Clinic.

Dated:  White Plains, New York
        March 10, 2008

                                MEISELMAN, DENLEA, PACKMAN,
                                CARTON & EBERZ P.C.

By: _____
     Richard C. Baker (RB-0143)
     1311 Mamaroneck Avenue
     White Plains, New York 10605
     (914) 517-5000
     Attorneys for Defendant
     COMMUNITY MEDICAL AND DENTAL CARE,
     INC., s/h/a MONSEY FAMILY MEDICAL CENTER

00204764.WPD