UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

FREDDIE PIERRELOUIS, a minor under 14 years of age by his Father and of Natural Guardian, EDDY PIERRELOUIS and EDDY PIERRELOUIS, Individually,

       Plaintiffs,

-against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D., GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN" SILVERBERG, M.D. (first name being fictitious and unknown), FE MURPHY, M.D., MONSEY FAMILY MEDICAL CENTER and GOOD SAMARITAN HOSPITAL MEDICAL CENTER,

       Defendants.

-------------------------------------------------------------------------X

Docket No.:08-CV-0123

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

S I R S:

  **PLEASE TAKE NOTICE**, that pursuant to Article 31 of the Civil Practice Law and Rules the testimony, upon oral examination of the plaintiff EDDY PIERRELOUIS, whose address is c/o of his attorneys, as an adverse party will be taken before a notary public, who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C., 1311 Mamaroneck Avenue, White Plains, New York, on the 6th day of June, 2008 at 10 o'clock in the forenoon of that day with respect to evidence material and necessary in the prosecution of this action:

That said person to be examined is required to produce at such examination: any and all original documents, records and memoranda in your possession relative to the above-entitled matter.

Dated:    White Plains, New York
          March 10, 2008

                                        Yours, etc.,

                                        _____
                                        Richard C. Baker (RB-0143)
                                        MEISELMAN, DENLEA, PACKMAN,
                                        CARTON & EBERZ P.C.
                                        Attorneys for Defendants
                                        COMMUNITY MEDICAL AND DENTAL CARE, INC.,
                                        s/h/a MONSEY FAMILY MEDICAL CENTER
                                        1311 Mamaroneck Avenue
                                        White Plains, New York 10605
                                        (914) 517-5000

TO:    Marc L. Bern, Esq.
       NAPOLI, BERN, RIPKA, LLP
       Attorneys for Plaintiffs
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       Brian Michael Healy, Esq.
       HEIDELL, PITTONI, MURPHY & BACH, LLP
       Attorneys for Defendant
       GOOD SAMARITAN HOSPITAL
       99 Park Avenue
       New York, New York 10016
       (212) 286-8585

       Alexander Sikoscow, Esq.
       GERSPACH, SIKOSCOW, LLP
       Attorneys for Defendant
       GERSON GLUCK, M.D.
       59 Maiden Lane, 39th Floor
       New York, New York 10038
       (212) 545-4094

00204773.WPD