## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on the case as indicated below, and that I also served the NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

Marc L. Bern, Esq.
NAPOLI, BERN, RIPKA, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York 10006

Alexander Sikoscow, Esq.
GERSPACH, SIKOSCOW, LLP
Attorneys for Defendant
GERSON GLUCK, M.D.
59 Maiden Lane, 39th Floor
New York, New York 10038

Brian Michael Healy, Esq.
HEIDELL, PITTONI, MURPHY & BACH, LLP
Attorneys for Defendant
GOOD SAMARITAN HOSPITAL
99 Park Avenue
New York, New York 10016

Dated:   White Plains, New York
         March 10, 2008

_____
Richard C. Baker (RB-0143)
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Attorneys for Defendant
COMMUNITY MEDICAL AND DENTAL CARE, INC.,
s/h/a MONSEY FAMILY MEDICAL CENTER
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 517-5000
Fax: (914) 517-5000
E-mail: rbaker@mdpcelaw.com

00204773.WPD