# MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.

Attorneys at Law

1311 MAMARONECK AVENUE
WHITE PLAINS, NY 10605
TEL: (914) 517-5000
FAX: (914) 517-5055
rbaker@mdpcelaw.com

RICHARD C. BAKER
MEMBER OF THE FIRM

March 12, 2008



**VIA FACSIMILE: (914) 390-4179**
**& FIRST-CLASS MAIL**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Freddie Pierrelouis, et al. v.
Bekritsky, M.D., et al.
Docket No. 08-CV-0123 (CR)
Our File No. 14972

## MEMO ENDORSED

Honorable Sir:

This office represents defendants Esther Berkritsky, M.D., Gavin Joffee, M.D., Eric Silva, M.D., Fe Murphy, M.D. and Monsey Family Medical Center in the above-reference matter pending before this Court.

By this letter we are respectfully requesting a thirty (30) day extension of time, from March 14, 2008 until April 14, 2008, to submit a scheduling order, as our carrier has asked us to transfer the defense of Drs. Silva and Murphy to the law firm of O'Connor, McGuiness, Conte, Doyle & Oleson. Thirty days will be needed to obtain consent to change attorney forms from these physicians, file them, copy the file and send to the new attorneys. We will continue to represent the defendants Esther Berkritsky, M.D., Gavin Joffee, M.D. and Monsey Family Medical Center. Our office has obtained consent for this extension of time from plaintiff and co-defendants' counsel.

Thanking you in advance for your kind assistance in this matter, we remain

Respectfully yours,

**APPLICATION GRANTED**

Stephen C Robinson 3/14/08

HON. STEPHEN C. ROBINSION

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.

Richard C. Baker (RB0143)

RCB/vla
cc: Napoli, Bern, Ripka, LLP (via facsimile 212-587-0031)
    Heidell, Pittoni, Murphy & Bach, LLP (via facsimile: 914-949-1160)
    Gerspach Sikoscow, LLP (via facsimile 212-545-4095)
00204990.WPD