

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDIE PIERRELOUIS, a minor under 14 years of age by his Father and Natural Guardian, EDDY PIERRELOUIS, and EDDY PIERRELOUIS, Individually,

                Plaintiff(s),

-against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D., GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN" SILVERBERG, M.D. (first name being fictitious and unknown), FE MURPHY, M.D., MONSEY FAMILY MEDICAL CENTER, and GOOD SAMARITAN HOSPITAL MEDICAL CENTER,

                Defendant(s).

DOCKET NO.: 08-0123(SCR)

CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. (Note: all proposed dates should be for weekdays only).

The case is to be tried to a jury.

Joinder of additional parties must be accomplished by **November 1, 2008**.

Amended pleadings may be filed until **November 1, 2008**.

Discovery:

1. Interrogatories are to be served by all counsel no later than **June 16, 2008** and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

2. First request for production of documents, if any, to be served no later than **June 30, 2008**.

3. Depositions to be completed by **September 1, 2008**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

4.  Plaintiff's expert disclosures to be exchanged by **October 1, 2008**.

5.  Defendant's expert disclosures to be exchanged by **November 1, 2008**.

6.  Any further interrogatories, including expert interrogatories, to be served no later than **December 1, 2008**.

5.  Expert depositions to be completed by **December 31, 2008**.

6.  Requests to Admit, if any to be served no later **November 28, 2008**.

7.  Additional provisions relating to discovery agreed upon by counsel for the parties are not attached.

8.  All discovery is to be complete by **January 1, 2009**.

Initial Case Management Conference **May 30, 2008 @ 10:00 a.m.**
**(To Be Complete By Court) (Counsel in receipt of this scheduling order is to notify their adversary of the date and time of this Initial Case Management Conference)**

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. Stephen C. Robinson, United States Magistrate Judge at White Plains for discovery disputes if the Court is ' "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

Dated: April ~~14~~ 23, 2008
White Plains, New York

SO ORDERED

*/s/ Stephen C. Robinson/*
Stephen C. Robinson U.S.D.J.