UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FREDDI PIERRELOUIS, a minor under 14 years of
age by his father and natural guardian EDDY
PIERRELOUIS, and EDDIE PIERRELOUIS,
Individually,

Docket No. 08-cv-0123(SCR)

**CONSENT TO
CHANGE ATTORNEY**

                    Plaintiffs

          -against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFEE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and
unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICAL CENTER, and GOOD SAMARITAN
HOSPITAL MEDICAL CENTER,

                    Defendants.
-----------------------------------------------------------------x

IT IS HEREBY CONSENTED THAT O'CONNOR, McGUINESS, CONTE, DOYLE &

OLESON, ESQS., of One Barker Avenue, Suite 675, White Plains, New York 10601, be

substituted as attorneys of record for the undersigned party in the above action in place and stead

of the undersigned attorneys as of the date hereof.

Dated:   White Plains, New York
         March 17, 2008

_____
Fe Murphy, M.D.

_____
Richard C. Baker (RB-0143)
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ, P/C.

_____
Rocco Conte, Esq. (     )
O'CONNOR, McGUINESS, CONTE,
DOYLE & OLESON, ESQS.

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF Essex      )

On the 21th day of April, in the year 2008, before me, the undersigned, a Notary Public in
and for said State, personally appeared Fe Murphy, M.D., personally known to me or proved to me
on the basis of satisfactory evidence to be the individual whose name is subscribed to the within
instrument and acknowledged to me that she executed the same in her capacity, and that by her
signature on the instrument, the individual, or the person upon behalf of which the individual acted,
executed the instrument.

_____
Notary Public

CAROL A. ALTERI
Notary Public, State of New York
Essex County  01AL4995045
My commission expires 4/13/2010