UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FREDDI PIERRELOUIS, a minor under 14 years of
age by his father and natural guardian EDDY
PIERRELOUIS, and EDDIE PIERRELOUIS,
Individually,

                      Plaintiffs

      -against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFEE, M.D., ERIC SILVA, M.D., "JOHN "
SILVERBERG, M.D. (first name being fictitious and
unknown), FE MURPHY, M.D., MONSEY FAMILY
MEDICAL CENTER, and GOOD SAMARITAN
HOSPITAL MEDICAL CENTER,

                      Defendants.
-----------------------------------------------------------------x

Docket No. 08-cv-0123(SCR)

**CONSENT TO
CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT O'CONNOR, McGUINESS, CONTE, DOYLE & OLESON, ESQS., of One Barker Avenue, Suite 675, White Plains, New York 10601, be substituted as attorneys of record for the undersigned party in the above action in place and stead of the undersigned attorneys as of the date hereof.

Dated:    White Plains, New York
             March 17, 2008

_____
Eric Silva, M.D.

_____
Richard C. Baker (RB 0143)
MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ, P.C.

_____
Rocco Conte, Esq.( )
O'CONNOR, McGUINESS, CONTE,
DOYLE & OLESON, ESQS.

SO ORDERED:
_____
U.S.D.J.
05-6-08

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF ROCKLAND  )

On the 21th day of March in the year 2008, before me, the undersigned, a Notary Public in and for said State, personally appeared Eric Silva, M.D., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

IRIS C. LOGAN
Notary Public, State of New York
No. 01LO6162343
Qualified in Rockland County
Commission Expires Mar. 12, 2011