UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

FREDDIE PIERRELOUIS, a minor under 14 years
of age by his Father and Natural Guardian, EDDY
PIERRELOUIS, and EDDY PIERRELOUIS,
Individually,

DOCKET NO.: 08-0123(SCR)

Plaintiff(s),

*Amended*
CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER

-against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK,
M.D., and GAVIN JOFFE, M.D., ERIC SILVA, M.D.,
"JOHN" SILVERBERG, M.D. (first name being
fictitious and unknown), FE MURPHY, M.D.,
MONSEY FAMILY MEDICAL CENTER, and
GOOD SAMARITAN HOSPITAL MEDICAL
CENTER,

Defendant(s).

-----------------------------------------------------------------

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. (Note: all proposed dates should be for weekdays only).

The case is to be tried to a jury.

Joinder of additional parties must be accomplished by **November 1, 200 2008**

Amended pleadings may be filed until **November 1, 2008**

Discovery:

1. Interrogatories are to be served by all counsel no later than **June 16, 2008,** and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

    2.    First request for production of documents, if any, to be served no later than

June 30, 2008.

(3) Depositions to be completed by **October 31, 2008.**

Plaintiff's expert disclosures to be exchanged by **November 28, 2008.**

(4) Defendant's expert disclosures to be exchanged by **December 31, 2008.**

(6) Any further interrogatories, including expert interrogatories, to be served no later than **January 30, 2009.**

7. Expert depositions to be completed by **February 27, 2009.**

8. Requests to Admit, if any to be served no later **January 30, 2009.**

9. Additional provisions relating to discovery agreed upon by counsel for the parties are not attached.

10. All discovery is to be complete by **March 2, 2009.**

Initial Case Management Conference ~~May 30, 2008 @ 10:00 a.m.~~, **(To Be Complete By Court) (Counsel in receipt of this scheduling order** is to notify **their adversary of the date and time of this Initial Case Management Conference)**

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been deSignated to the Hon. ~~Stephen C. Robinson~~ *Lisa Smith*, United States Magistrate Judge at White Plains for discovery disputes if the Court is [1] "unavailable" and for trial under 28 U.S.C. 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

Dated: April 14, 2008
White Plains, New York

SO ORDERED

*Stephen C Robinson*
Stephen C. Robinson U.S.D.J,

206407