## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing DEFENDANTS' INTERROGATORIES, with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the CM/ECF participants on the case as indicated below, and that I also served the DEFENDANTS' INTERROGATORIES by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated below:

Marc L. Bern, Esq.
NAPOLI, BERN, RIPKA, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

Brian M. Healy, Esq.
HEIDELL, PITTONI, MURPHY & BACH, LLP
Attorneys for Defendants
GOOD SAMARITAN HOSPITAL MEDICAL CENTER
81 Main Street
White Plains, New York 10601
(914) 559-3100

Alexander Sikoscow, Esq.
GERSPACH, SIKOSCOW, LLP
Attorneys for Defendant
GERSON CLUCK, M.D.
59 Maiden lane, 39th Floor
New York, New York 10038;
(212) 545-4094

Rocco Conte, Esq.
O'CONNOR, MCGUINESS, CONTE, DOYLE & OLESON, ESQS.
Attorneys for Defendants
ERIC SILVA, M.D. and FE MURPHY, M.D.
One Baker Avenue, Suite 675
White Plains, New York 10601
(914) 948-4500

_/s/ Richard C. Baker_
Richard C. Baker (RB-0143)
MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.
Attorney for Defendants
ESTHER BEKRITSKY, M.D.,
GAVIN JOFFE, M.D., and
COMMUNITY MEDICAL AND DENTAL CARE, INC. d/b/a MONSEY FAMILY MEDICAL CENTER
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000