UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FREDDIE PIERRELOUIS, a minor under 14 years of age by his
Father and Natural Guardian, EDDY PIERRELOUIS, and EDDY
PIERRELOUIS, Individually,

                              Plaintiff(s),

    -against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and unknown),
FE MURPHY, M.D., MONSEY FAMILY MEDICAL CENTER,
and GOOD SAMARITAN HOSPITAL MEDICAL CENTER,

                              Defendant(s).
----------------------------------------X

DOCKET NO.:
08-CV-0123 (SCR)

STIPULATION

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the plaintiffs shall be allowed to amend the summons and complaint and the caption in the above-referenced matter. The parties respectfully request that the above-entitled caption be amended to read, and that this Court direct the Clerk of the Court to update the Court's record to reflect the caption as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FREDDIE PIERRELOUIS, a minor under 14 years of age by
his Father and Natural Guardian, EDDY PIERRELOUIS, and
EDDY PIERRELOUIS, Individually,

                              Plaintiff(s),

    -against-

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., FE MURPHY,
M.D., MONSEY FAMILY MEDICAL CENTER, and GOOD
SAMARITAN HOSPITAL MEDICAL CENTER,

                              Defendant(s).
----------------------------------------X

DOCKET NO.:
08-CV-0123 (SCR)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the plaintiff shall be allowed to amend the summons and complaint to reflect the correct fields of medicine for the above-captioned defendants.

Dated: New York, New York
June 9, 2008

**NAPOLI BERN RIPKA, LLP**
Attys for Plaintiffs

By: Alan S. Ripka (1921)
115 Broadway, 12th Fl.
New York, NY 10006
Ph: (212) 267-3700
Fax: (212) 587-0031

**HEIDELL PITTONI MURPHY & BACH, LLP**
Attys for Def. Good Samaritan Hospital

By: Brian M. Healy (BH 2369)
81 Main Street, Suite 712
White Plains, NY 10601
Ph: (914) 559-3100
Fax (914) 949-1160

**MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ, P.C.**
Attys for Def. Esther Bekritsky, M.D., Gavin Joffe, M.D., [illegible]

By: Richard C. Baker (RB 0143)
1311 Mamaroneck Avenue
White Plains, New York 10605
Ph. (914) 517-5000
Fax: (914) 517-5055

**O'CONNOR, McGUINESS, CONTE, DOYLE & OLESON, ESQS.**
Attys for Defendants - Eric Silva, M.D. and Fe Murphy, M.D.

By: Rocco Conte (RC 1493)
One Barker Avenue - Suite 675
White Plains, New York 10601
(914) 948-4500
(914) 948-0645 Fax

**GERSPACH SIKOSCOW, LLP**
Attys for Defendants - Gerson Gluck, M.D.

By: Alexander Sikoscow
59 Maiden Lane
New York, NY 11038
(212) 545-4040
Fax: (212) 545-4095

SO ORDERED:

Hon. Stephen C. Robinson
7/1/08