*Robinson, J* LMC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FREDDIE PIERRELOUIS, a minor under 14 years of age by his
Father and Natural Guardian, EDDY PIERRELOUIS, and EDDY
PIERRELOUIS, Individually,

                         Plaintiff(s),                  DOCKET NO.:
          -against-                                      08-CV-0123 (SCR)

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,        STIPULATION
GAVIN JOFFE, M.D., ERIC SILVA, M.D., "JOHN"
SILVERBERG, M.D. (first name being fictitious and unknown),
FE MURPHY, M.D., MONSEY FAMILY MEDICAL CENTER,
and GOOD SAMARITAN HOSPITAL MEDICAL CENTER,

                        Defendant(s).
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the plaintiffs shall be allowed to amend the summons and complaint and the caption in the above-referenced matter. The parties respectfully request that the above-entitled caption be amended to read, and that this Court direct the Clerk of the Court to update the Court's record to reflect the caption as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FREDDIE PIERRELOUIS, a minor under 14 years of age by
his Father and Natural Guardian, EDDY PIERRELOUIS, and
EDDY PIERRELOUIS, Individually,

                         Plaintiff(s),                  DOCKET NO.:
          -against-                                      08-CV-0123 (SCR)

ESTHER BEKRITSKY, M.D., GERSON GLUCK, M.D.,
GAVIN JOFFE, M.D., ERIC SILVA, M.D., FE MURPHY,
M.D., MONSEY FAMILY MEDICAL CENTER, and GOOD
SAMARITAN HOSPITAL MEDICAL CENTER,

                        Defendant(s).
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the plaintiffs shall be allowed to amend the summons and complaint to reflect the correct fields of medicine for the above-captioned defendants.

Dated: New York, New York
June 9, 2008

NAPOLI BERN RIPKA, LLP
Attys for Plaintiffs

By: Alan S. Ripka (1921)
115 Broadway, 12th Fl.,
New York, NY 10006
Ph: (212) 267-3700
Fax: (212) 587-0031

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ, P.C.
Attys for Def. Esther Bekritsky, M.D.,
Gavin Joffe, M.D., [illegible]

By: Richard C. Baker (RB_0143)
1311 Mamaroneck Avenue
White Plains, New York 10605
Ph. (914) 517-5000
Fax: (914) 517-5055

HEIDELL PITTONI MURPHY & BACH,
LLP
Attys for Def. Good Samaritan Hospital

By: Brian M. Healy (BH 9369)
81 Main Street, Suite 112
White Plains, NY 10601
Ph: (914) 559-3100
Fax (914) 949-1160

O'CONNOR, McGUINESS, CONTE,
DOYLE & OLESON, ESQS.
Attys for Defendants - Eric Silva, M.D. and Fe
Murphy, M.D.

By: Rocco Conte (RC 1493)
One Barker Avenue – Suite 675
White Plains, New York 10601
(914) 948-4500
(914) 948-0645 Fax

GERSPACH SIKOSCOW, LLP
Attys for Defendants – Gerson Gluck, M.D.

By: Alexander Sikoscow
59 Maiden Lane
New York, NY 11038
(212) 545-4046
Fax: (212) 545-4095

SO ORDERED:

_____
Hon. Stephen C. Robinson
7/22/08